## 34372. MAYOR AND ALDERMEN OF SAVANNAH *v.* JOHNS.

SUTTON, C. J.  This case, wherein the mother sought recovery of the full value of the life of her deceased daughter, was brought upon the same facts as were alleged in the case of *Mayor &c. of Savannah* v. *Leon Johns,* ante, and so is controlled by the ruling there made, that it was not error to overrule the defendant's general demurrer to the petition.

*Judgment affirmed. Felton and Worrill, JJ., concur.*

DECIDED FEBRUARY 14, 1953—REHEARING DENIED FEBRUARY 28, 1953.

*Alexander & Wells, Edward M. Hester,* for plaintiff in error. *Rogers, Ziegler, Terry & Coolidge,* contra.